C46

**FILED**

IN THE UNITED STATES DISTRICT COURT IN
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG X 1 2008
AUG 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| AEL FINANCIAL LLC, an Illinois limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. _____ |
| v. | ) ) ) ) | 08CV4384 JUDGE KENDALL MAG. JUDGE MASON |
| TRI-CITY AUTO SALVAGE, INC., a North Carolina corporation and MICHAEL P. GUARGLIA, an individual, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## CORPORATE DISCLOSURE STATEMENT

NOW COMES Tri-City Auto Salvage, Inc., pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure, and hereby discloses that it does not have a parent corporation and no publicly

held corporation owns 10% or more of its stock.

This the 1st day of August, 2008.

_____
Robert S. Bell, Jr.
Attorney At Law
2200 West Higgins, Suite 155
Hoffman Estates, IL 60195
Telephone: (847) 519-0010
Fax: (847) 519-0016
rsbelljr@sbcglobal.net
Local Counsel for Defendants

Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509

N.C. State Bar No. 26509
Counsel for Defendants
Pending Approval by the Court of Counsel's
Motion for Leave to Appear *Pro Hac Vice*