## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **AEL FINANCIAL LLC, an Illinois limited liability company,** ) ) ) | |
| ) | **Case No. 08CV4384** |
| Plaintiff, ) ) | |
| v. ) ) | **Judge Kendall** |
| ) | **Magistrate Judge Mason** |
| **TRI-CITY AUTO SALVAGE, INC.,** ) a North Carolina corporation and ) **MICHAEL P. GUARGLIA, an individual,** ) ) | |
| Defendants. ) ) | |

## DESIGNATION OF LOCAL COUNSEL

NOW COMES Carlos E. Mahoney, pursuant to LR 83.15, and hereby designates as local counsel the following member of the bar of this Court who has an office within this District upon whom service of papers may be made:

>Robert S. Bell, Jr.
>Law Offices of Cary J. Collins, P.C.
>2200 West Higgins Road, Suite 155
>Hoffman Estates, IL 60195
>Telephone: (847) 519-0010
>Fax: (847) 519-0016
>rsbelljr@sbcglobal.net

This the 8th day of August, 2008.

/s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509
Counsel for Defendants

Robert S. Bell, Jr.
Law Offices of Cary J. Collins, P.C.
2200 West Higgins Road, Suite 155
Hoffman Estates, IL 60195
Telephone: (847) 519-0010
Fax: (847) 519-0016
rsbelljr@sbcglobal.net
Local Counsel for Defendants

**CERTIFICATE OF SERVICE**

I, Carlos E. Mahoney, hereby certify that on August 8, 2008, I electronically filed the foregoing document entitled, **Designation of Local Counsel,** with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of the filing to all attorneys in this action.

Respectfully submitted,

 /s/ Carlos E. Mahoney
Carlos E. Mahoney
Glenn, Mills, Fisher & Mahoney, P.A.
P. O. Drawer 3865
Durham, North Carolina 27702-3865
Telephone: (919) 683-2135
Fax: (919) 688-9339
cmahoney@gmf-law.com
N.C. State Bar No. 26509
Counsel for Defendants