## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08CV4384

AEL Financial, LLC, an Illinois limited liabilty company
vs.
Tri-City Auto Salvage, Inc., a North Carolina corporation et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, AEL Financial, LLC, an Illinois limited liability company

| | |
|---|---|
| NAME (Type or print) |  |
| John A. Benson, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John A. Benson, Jr. | |
| FIRM | |
| The Law Offices of Brian Ira Tanenbaum, Ltd. | |
| STREET ADDRESS | |
| 2970 Maria Avenue, Suite 207 | |
| CITY/STATE/ZIP | |
| Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6289042 | 847-562-1636 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐