IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AEL FINANCIAL, LLC, an Illinois limited liability company )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TRI-CITY AUTO SALVAGE, INC. a North Carolina corporation and Michael P. Guarglia, an individual )<br>)<br>)<br>)<br>)<br>Defendants/Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>CAPITAL 4, INC., a Texas corporation, ISHMAEL VILLA-LOBOS, P. DAVIS DAWSON, and METROPARK COMMUNICATIONS, INC., a Missouri corporation, )<br>)<br>)<br>)<br>)<br>Third-Party Defendants. ) | Case No. 08 CV 4384<br><br>Judge: Kendall<br><br>Magistrate Judge: Mason |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES & COUNTERCLAIMS**

PLEASE TAKE NOTICE that on Monday, August 25, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff, AEL Financial, LLC, by its counsel, shall appear before the Honorable Judge Kendall, or anyone sitting in her stead, in Courtroom 2319, at the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and present the attached PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE

TIME TO RESPOND TO DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND COUNDERCLAIMS.

Dated: August 19, 2008                     Respectfully submitted,

                                           /s/ John A. Benson, Jr.

                                           Brian Ira Tanenbaum (ARDC # 6181447)
                                           John A. Benson, Jr. (ARDC # 6289042)
                                           The Law Offices of Brian Ira Tanenbaum, Ltd.
                                           2970 Maria Avenue, Suite 207
                                           Northbrook, Illinois 60062
                                           Tel: 847-562-1636
                                           Fax: 847-562-1637