UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

AEL Financial LLC
                        Plaintiff,

v.                                                        Case No.: 1:08−cv−04384
                                                           Honorable Virginia M. Kendall

Tri−City Auto Salvage, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

       MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 8/25/2008 and continued to 10/27/2008 at 09:00 a.m. Written discovery to proceed.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.